**HOLCOMB et al. v. COPELAND et al.**

**No. 3711.**

Court of Civil Appeals of Texas. El Paso.

June 16, 1938.

Chas. Ashworth, of Kaufman, for plaintiffs in error.

Carlisle & Henry and Ross Huffmaster, all of Kaufman, for defendants in error.

PER CURIAM.

Plaintiffs in error having filed no briefs upon this writ of error, the same is dis-

missed for want of prosecution. Haynes v. J. M. Radford Grocery Co., 118 Tex. 277, 14 S.W.2d 811.

Dismissed.